UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMEET S., | No.  1:26-cv-00183-TLN-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| SERGIO ALBARRAN, et. al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding with retained counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Respondents' request for 180-days to file an answer or return. See ECF No. 13. Petitioner filed a reply. See ECF No. 14.

On January 26, 2026, the District Judge issued a preliminary injunction, along the same terms as a previously issued temporary restraining order. See ECF No. 12. Respondents subsequently filed a request for an extended 180-day briefing schedule on the habeas petition in anticipation of "appeals [] currently pending in the Ninth Circuit that are likely to have precedential effect on current immigration habeas litigation, including this case." ECF No. 13. Petitioner objects to the proposed lengthy briefing period, arguing he has an interest in a resolution of this matter within a reasonable period of time and that substantial delay would have a negative effect on judicial economy and prejudice petitioner. See ECF No. 14.

1

The Court agrees with Petitioner.  The District Judge repeatedly found that Petitioner is likely to succeed on the merits of his claims. See ECF Nos. 4 and 12. Further, this Court and Respondents have no control over the Ninth Circuit docket and therefore, a 180-day extension would not necessarily provide resolution to the cases pending in the Ninth Circuit. Thus, respondent's request for a 180-day briefing schedule on the habeas is denied.

Given that Respondents initially filed their opposition to injunctive relief as a joint "request to deny habeas petition," ECF No. 10, the Court directs that within seven days of this Order, Respondents shall either supplement their response, ECF No. 10, or inform the Court they stand on such response. Petitioner will then have five days to reply to Respondents' filing.

Accordingly, it is HEREBY ORDERED that:

1.    Respondent's request for 180-days, ECF No. 13, is DENIED;

2.    Within seven days of the date of this Order, Respondents shall either supplement their response, ECF No. 10, or inform the Court they stand on such response.

3.    Petitioner shall have five days from the filing of Respondents' such filing, to reply.

Dated:  February 23, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2