UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HARMEET S.,

        Petitioner,

    v.

SERGIO ALBARRAN, et. al.,

        Respondents.

No. 1:26-cv-00183-TLN-DMC

**ORDER**

Petitioner, a former immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with a motion for temporary restraining order.  (ECF Nos. 1, 2.)  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 13, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 18.)  Respondents filed timely objections, objecting for the reasons stated in their prior pleadings.  (ECF No. 19.)  Petitioner filed a reply to Respondents' objections.  (ECF No. 20.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 10, 2026 (ECF No. 18) are ADOPTED in full.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. Respondents' motion to dismiss (ECF No. 16) is DENIED.

4. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where the government bears the burden to show by clear and convincing evidence that material changed circumstances demonstrate: (a) a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) the government's interest in protecting the public and/or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention. At any such hearing, Petitioner shall be allowed to have counsel present.

5. Clerk of the Court is directed to enter judgment in favor of Petitioner and close the case.

IT IS SO ORDERED.

Date: July 21, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2